**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Eugene McDANIEL,**
**Defendant–Appellant.**

**No. 01–6936.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Nov. 16, 2001.

Graham C. Mullen, Chief District Judge. (CR–94–111, CA–00–90–3–MU). Kenneth Eugene McDaniel, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before MICHAEL, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Kenneth Eugene McDaniel appeals from the district court's orders dismissing with prejudice his 28 U.S.C.A. § 2255 (West Supp.2001) motion and denying his motion to reinstate/reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. McDaniel,* Nos. CR–94–111; CA–00–90–3–MU (W.D.N.C. Mar. 29, 2001 & filed Apr. 30, 2001; entered May 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*